IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAXON FLIE, #269271 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:12-cv-1074-TMH |
| | ) | [wo] |
| JEAN DARBOUZE *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On February 15, 2013, the Magistrate Judge filed a Recommendation in this case which granted Defendants' motions for summary judgment, granted judgment in favor of the Defendants, dismissed this case with prejudice, and taxed costs against the plaintiff. (Doc. 17).  No timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge,

it is ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that Defendants' motions for summary judgment be granted and judgment entered in favor of the Defendants and that this case be dismissed with prejudice with costs taxed against Plaintiff.

Done this the 22nd day of March, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE